B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Stott, Robert S** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1843** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1461 NW 114 Ave**<br>**Plantation, FL**<br><div align=right>ZIP Code<br>**33323**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Stott, Robert S** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>    Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Stott, Robert S** |

**Signatures**

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert S Stott**
Signature of Debtor  **Robert S Stott**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**April 11, 2008**
Date

## Signature of Attorney*

X **/s/ Christian J Olson**
Signature of Attorney for Debtor(s)

**Christian J Olson 121436**
Printed Name of Attorney for Debtor(s)

**Law Offices of Simonson & Olson P.A.**
Firm Name

**2800 W. Oakland Park Blvd #301**
**Oakland Park, FL 33311**

_____
Address

**Email: chris@simonsonolson.com**
**954-485-8584  Fax: 954-485-7281**
Telephone Number

**April 11, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Robert S Stott**

                                         Debtor(s)

Case No.                         

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
        ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Robert S Stott**
                        **Robert S Stott**
Date:    **April 11, 2008**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Robert S Stott**
_____,
Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 5 | 5,403,286.00 | | |
| B - Personal Property | Yes | 5 | 299,111.45 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 11 | | 6,209,110.80 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 677,546.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 16,429.95 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 18,392.13 |
| Total Number of Sheets of ALL Schedules | | 48 | | | |
| | | Total Assets | 5,702,397.45 | | |
| | | Total Liabilities | | 6,886,656.80 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Robert S Stott** _____ ,    Case No. _____

Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Robert S Stott**
_____ ,    Case No. _____
                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **Residential Homestead**<br>**Legal Description:**<br>**See Attached**<br><br>**Purchased: 9/30/2003**<br><br>**Location:**<br>**1461 NW 114 Ave**<br>**Plantation, FL 33323**<br><br>**Note: Joint with non-filing spouse, Donna Stott.** | **Joint tenant** | - | **1,000,000.00** | **1,042,232.00** |
| **Residential Property**<br>**Legal Description:**<br>**See Attachment**<br><br>**Purchased: 4/22/2005**<br><br>**Location:**<br>**429 NE Tradewind Lane #2-402**<br>**Stuart, FL 34996** | **Joint tenant** | - | **425,000.00** | **414,000.00** |
| **Residential Property**<br>**Legal Description:**<br>**See Attachment**<br><br>**Purchased: 11/15/2006**<br><br>**Location:**<br>**9296 Watercourse Way**<br>**Boynton Beach, FL 33474** | **Fee Simple** | - | **390,000.00** | **386,605.69** |

Sub-Total >    **1,815,000.00**    (Total of this page)

__4__    continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re  **Robert S Stott**                                                        ,          Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residential Property Legal Description: See Attachment** **Purchased: 7/22/2005** **Location: 5940 W Sample Rd Coral Springs, FL 33071** **Note: Joint with non-filing spouse, Donna Stott** | **Joint tenant** | - | **204,537.00** | **237,890.00** |
| **Residential Property Legal Description: See Attached** **Purchased: 3/11/2005** **Location: 110 N Federal Hwy #502 Ft Lauderdale, FL 33301** | **Fee Simple** | - | **360,000.00** | **450,738.00** |
| **Residential Property Legal Description: See Attached** **Purchased: 3/26/2007** **Location: 115 Riverview Bend #2144 Palm Coast, FL 32137** **Note: Joint with Centex Homes** | **Fee Simple** | - | **288,131.00** | **418,566.00** |
| **Residential Property Legal Description: See Attachment** **Quit Claim Deed: 2/22/2006** **Location: 153 NE 20 Court Wilton Manors, FL 33305** | **Fee Simple** | - | **230,544.00** | **249,661.03** |

Sub-Total >          **1,083,212.00**          (Total of this page)

Sheet  __1__  of  __4__  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re  **Robert S Stott**                                                    ,    Case No. _____

                                              Debtor

# SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residential Homestead**<br>**Legal Description:**<br>**See Attachment**<br><br>**Purchased: 12/30/2005**<br><br>**Location:**<br>**751 N Pine Island Road #106**<br>**Plantation, FL 33324** | **Fee Simple** | - | **245,117.00** | **255,688.00** |
| **Residential Property**<br>**Legal Description:**<br>**See Attachment**<br><br>**Purchased: 12/30/2005**<br><br>**Location:**<br>**761 N Pine Island Rd #106**<br>**Plantation, FL 33324** | **Fee Simple** | - | **195,000.00** | **230,404.00** |
| **Residential Property**<br>**Legal Description:**<br>**See Attachment**<br><br>**Purchased: 2/15/2006**<br><br>**Location:**<br>**814 NE 28 St**<br>**Wilton Manors, FL 33334** | **Fee Simple** | - | **344,737.00** | **402,890.27** |
| **Residential Property**<br>**Legal Description:**<br>**See Attachment**<br><br>**Purchased: 8/25/2005**<br><br>**Location:**<br>**1121 E River Drive**<br>**Margate, FL 33063** | **Fee Simple** | - | **220,354.00** | **255,219.00** |

|  | Sub-Total > | **1,005,208.00** | (Total of this page) |
|---|---|---|---|

Sheet   **2**   of   **4**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re   **Robert S Stott**                                                    ,        Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residential Property** **Legal Description:** **See Attachment** **Purchased: 3/3/2006** **Location:** **1301 Eastern Pecan Place** **Winter Garden, FL 34787** | **Fee Simple** | - | **244,241.00** | **202,901.56** |
| **Residential Property** **Legal Description:** **See Attachment** **Purchased: 3/20/2006** **Location:** **2615 W Gary Ave #1014** **Las Vegas, NV 89123** | **Fee Simple** | - | **193,172.00** | **217,808.64** |
| **Residential Property** **Legal Description:** **See Attachment** **Purchased: 2/15/2006** **Location:** **2756 NE 8 Ave** **Wilton Manors, FL 33334** | **Fee Simple** | - | **264,924.00** | **408,935.00** |
| **Residential Property** **Legal Description:** **See Attachment** **Purchased: 9/28/2005** **Location:** **5200 NW 32 Ave #K-190** **Ft Lauderdale, FL 33309** | **Fee Simple** | - | **201,659.00** | **226,503.00** |

Sub-Total >          **903,996.00**          (Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07) - Cont.

In re   **Robert S Stott**                                          ,          Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residential Property**<br>**Legal Description:**<br>**See Attachment**<br><br>**Purchased: 5/16/2006**<br><br>**Location:**<br>**8679 Pegasus Dr**<br>**Lehigh Acres, FL 33971** | **Fee Simple** | **-** | **219,000.00** | **296,085.00** |
| **Residential Property**<br>**Legal Description:**<br>**See Attachment**<br><br>**Purchased: 10/3/2005**<br><br>**Location:**<br>**9877 Westview Drive #610**<br>**Coral Springs, FL 33076** | **Fee Simple** | **-** | **236,870.00** | **242,100.00** |
| **Vacant Land:**<br>**North Side Sea Turtle Lane**<br>**Waverly, Georgia 31565**<br>**Lot 40 Bridge Pointe - Phase One Subdivision**<br>**33rd GM District, Camden County, Georgia** | **Fee Simple** | **-** | **70,000.00** | **97,413.00** |
| **Vacant Land:**<br>**Lot 103, Tuscan Ridge at Canaan Section 1**<br>**Davis, WV 26260**<br>**Lot 103, Tuscan Ridge at Canaan**<br>**Section** | **Fee Simple** | **-** | **70,000.00** | **93,297.00** |

Sub-Total >          **595,870.00**          (Total of this page)

Total >          **5,403,286.00**

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Robert S Stott**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account with Wachovia** | - | 0.00 |
| | | **Account Number: 1622308275969** | | |
| | | **Note: Joint with non-filing spouse, Donna B. Stott** | | |
| | | **Total Balance $6,420.59** | | |
| | | **Checking Account with Landmark Bank, NA** | - | 34.14 |
| | | **Account Number: 110004496** | | |
| | | **Note: Joint with non-filing spouse, Donna Stott.** | | |
| | | **Total Balance $10,830.18** | | |
| | | **Checking Account with BB&T** | - | 0.00 |
| | | **Account Number: 0000116428059, Account is Overdrawn** | | |
| | | **Checking Account with BB&T** | - | 128.63 |
| | | **Account Number: 0005149229231** | | |
| | | **Checking Account with Washington Mutual** | - | 31.51 |
| | | **Account Number: 196-225171-5** | | |
| | | **Super Now Account with Landmark Bank, NA** | - | 0.00 |
| | | **Account Number: 110006657** | | |
| | | **Note: Joint with non-filing spouse, Donna Stott and Elly Shea, Account is Overdrawn** | | |
| | | **Total Balance $24,998.86** | | |

Sub-Total >          194.28
(Total of this page)

__4__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert S Stott**                                                                          ,      Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Fidelity Account - Individual -TOD** | - | **47.00** |
| | | **Account Number: X92-269468** | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Veranda 131 Preconstruction Deposit**<br>**Note: Debtor has filed pending suit to recover deposit.** | - | **48,000.00** |
| | | **Veranda 624 Preconstruction Deposit**<br>**Note: Debtor has filed a pending suit to recover deposit.** | - | **96,800.00** |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture:**<br>**See attachment at end of Schedule B.**<br>**Note: Joint with non-filing spouse.** | - | **6,905.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing** | - | **50.00** |
| 7.  Furs and jewelry. | | **Jewelry:**<br>**See attachment at end of Schedule B.** | - | **215.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Banner Term Life Insurance** | - | **0.00** |
| | | **John Hancock / AFBI Term Life Insurance** | - | **0.00** |
| | | **John Hancock Term Life Insurance** | - | **0.00** |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Coast Guard Pension**<br><br>**Note: Debtor receives $1,485.00 per month** | - | **0.00** |

Sub-Total >     152,017.00
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert S Stott**                                                          ,        Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Portfolio Advisory Services - SEP-IRA with Fidelity Investments** | - | **58,647.00** |
| | | **Account Number: Y93-289132** | | |
| | | **Fidelity Traditional IRA** | - | **8,557.00** |
| | | **Account Number: 192-369756** | | |
| | | **Fidelity SEP - IRA** | - | **34.96** |
| | | **Account Number: 192-369764** | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% Mortgage Matters, Inc.** | - | **0.00** |
| | | **15% Statewide Mortgage Outlet, Inc** | - | **2,430.00** |
| | | **Note: Joint with Donna Stott** | | |
| | | **100% Robert Stott P.A.** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Judgment Against Racine Parekh** | - | **600.00** |
| | | **Second Mortgage Daniel & Virginia Johnson OR Book 41745 Pages 309-312** | - | **5,307.75** |
| | | **Second Mortgage Atasha Ali OR Book 41745 Pages 219 - 223** | - | **4,207.46** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >        **79,784.17**
(Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert S Stott**                                              ,          Case No. _____
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Honda Accord** **Note: Vehicle has 10,000 miles.** | - | **18,600.00** |
| | | **2007 Sunseeker by Forest River LE Series M-2200** **Note: 3342 Miles** | - | **48,516.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **1 Dog, 2 Cats** | - | **0.00** |

|  | Sub-Total > | **67,116.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert S Stott**_____,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **299,111.45** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   **Robert S Stott**                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                 $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Residential Homestead** | **Fla. Const. art. X, § 4a(1); Fla. Stat.** | **1,000,000.00** | **1,000,000.00** |
| **Legal Description:** | **Ann. §§ 222.01, 222.02, 222.05** | | |
| **See Attached** | **11 U.S.C. § 522(b)(3)(B)** | **1,000,000.00** | |
| | | | |
| **Purchased: 9/30/2003** | | | |
| | | | |
| **Location:** | | | |
| **1461 NW 114 Ave** | | | |
| **Plantation, FL 33323** | | | |
| | | | |
| **Note: Joint with non-filing spouse, Donna Stott.** | | | |
| | | | |
| **Residential Property** | **11 U.S.C. § 522(b)(3)(B)** | **510,000.00** | **425,000.00** |
| **Legal Description:** | | | |
| **See Attachment** | | | |
| | | | |
| **Purchased: 4/22/2005** | | | |
| | | | |
| **Location:** | | | |
| **429 NE Tradewind Lane #2-402** | | | |
| **Stuart, FL 34996** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account with Landmark Bank, NA** | **Fla. Const. art. X, § 4(a)(2)** | **34.14** | **34.14** |
| | | | |
| **Account Number: 110004496** | | | |
| | | | |
| **Note: Joint with non-filing spouse, Donna Stott.** | | | |
| | | | |
| **Total Balance $10,830.18** | | | |
| | | | |
| **Checking Account with BB&T** | **Fla. Const. art. X, § 4(a)(2)** | **128.63** | **128.63** |
| | | | |
| **Account Number: 0005149229231** | | | |
| | | | |
| **Checking Account with Washington Mutual** | **Fla. Const. art. X, § 4(a)(2)** | **31.51** | **31.51** |
| | | | |
| **Account Number: 196-225171-5** | | | |
| | | | |
| **Fidelity Account - Individual -TOD** | **Fla. Const. art. X, § 4(a)(2)** | **47.00** | **47.00** |
| | | | |
| **Account Number: X92-269468** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Furniture:** | **11 U.S.C. § 522(b)(3)(B)** | **6,905.00** | **6,905.00** |
| **See attachment at end of Schedule B.** | | | |
| **Note: Joint with non-filing spouse.** | | | |
| | | | |
| **Wearing Apparel** | | | |
| **Clothing** | **Fla. Const. art. X, § 4(a)(2)** | **50.00** | **50.00** |

  __1__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re    **Robert S Stott**                                                              ,    Case No. _____
                                              Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Furs and Jewelry** | | | |
| **Jewelry:** | **Fla. Const. art. X, § 4(a)(2)** | **215.00** | **215.00** |
| **See attachment at end of Schedule B.** | | | |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Portfolio Advisory Services - SEP-IRA with Fidelity Investments** | **Fla. Stat. Ann. § 222.21(2)** | **58,647.00** | **58,647.00** |
| **Account Number: Y93-289132** | | | |
| **Fidelity Traditional IRA** | **Fla. Stat. Ann. § 222.21(2)** | **8,557.00** | **8,557.00** |
| **Account Number: 192-369756** | | | |
| **Fidelity SEP - IRA** | **Fla. Stat. Ann. § 222.21(2)** | **34.96** | **34.96** |
| **Account Number: 192-369764** | | | |

Total: **2,584,650.24** **1,499,650.24**

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Robert S Stott**                                          ,    Case No. _____
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **94294242** <br><br> **American Honda Finance** <br> **POB 1844** <br> **Alpharetta, GA 30023** | | - | | Opened 8/16/07 Last Active 10/30/07 <br><br> Security Agreement <br><br> 2007 Honda Accord <br><br> Note: Vehicle has 10,000 miles. | | | | | |
| | | | | Value $         **18,600.00** | | | | **23,439.00** | **4,839.00** |
| Account No. <br><br> **Athena at Olympia Pointe** <br> **C/O Family Property Services** <br> **1130 Raid Head Blvd # 4** <br> **Naples, FL 34110** | | - | | Homeowners Association <br> Residential Property <br> Legal Description: <br> See Attachment <br> Purchased: 5/16/2006 <br> Location: <br> 8679 Pegasus Dr <br> Lehigh Acres, FL 33971 | | | | | |
| | | | | Value $         **219,000.00** | | | | **800.00** | **800.00** |
| Account No. **59102011614753** <br><br> **Bank Of America** <br> **Nc-105-03-14** <br> **4161 Peidmont Pwy** <br> **Greensboro, NC 27420** | | - | | Opened 4/15/07 Last Active 10/22/07 <br><br> Security Agreement <br><br> 2007 Sunseeker by Forest River LE <br> Series M-2200 <br> Note: 3342 Miles | | | | | |
| | | | | Value $         **48,516.00** | | | | **56,310.00** | **7,794.00** |
| Account No. **50391318005739002** <br><br> **BB & T** <br> **POB 1847** <br> **Wilson, NC 27894** | | - | | Opened 4/20/07 Last Active 10/20/07 <br> First Mortgage <br> Vacant Land: <br> North Side Sea Turtle Lane <br> Waverly, Georgia 31565 <br> Lot 40 Bridge Pointe - Phase One <br> Subdivision <br> 33rd GM District, Camden County, | | | | | |
| | | | | Value $         **70,000.00** | | | | **97,413.00** | **27,413.00** |

**10**    continuation sheets attached

Subtotal
(Total of this page) | **177,962.00** | **40,846.00**

B6D (Official Form 6D) (12/07) - Cont.

In re   **Robert S Stott**                                                                    , Case No. _____
                                                                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **490434223649002** <br><br> **BB & T** <br> **POB 1847** <br> **Wilson, NC 27894** | | - | Opened  4/26/07  Last Active 10/26/07 <br> **First Mortgage** <br> **Vacant Land:** <br> **Lot 103, Tuscan Ridge at Canaan Section 1** <br> **Davis, WV 26260** <br> **Lot 103, Tuscan Ridge at Canaan Section** <br> Value $         **70,000.00** | | | | 93,297.00 | 23,297.00 |
| Account No. <br><br> **Boynton Waters Homeowners** <br> **C/O Phil Kline** <br> **PB 740065** <br> **Boynton Beach, FL 33474** | | - | **Homeowners Association** <br> **Residential Property** <br> **Legal Description:** <br> **See Attachment** <br> **Purchased: 11/15/2006** <br> **Location:** <br> **9296 Watercourse Way** <br> **Boynton Beach, FL 33474** <br> Value $       **390,000.00** | | | | 180.00 | 0.00 |
| Account No. **18113-AB-13900** <br><br> **Broward County Revenue Collection** <br> **PB 29009** <br> **Fort Lauderdale, FL 33301** | | - | **01/31/08** <br> **Property Taxes** <br> **Residential Property** <br> **Legal Description:** <br> **See Attachment** <br> **Purchased: 7/22/2005** <br> **Location:** <br> **5940 W Sample Rd** <br> Value $       **204,537.00** | | | | 3,889.61 | 0.00 |
| Account No. **19227-AH-05100** <br><br> **Broward County Tax Collector** <br> **115 S Andrews Ave., #A100** <br> **Fort Lauderdale, FL 33301** | | - | **2007** <br> **Property Taxes** <br> **Residential Property** <br> **Legal Description:** <br> **See Attachment** <br> **Quit Claim Deed: 2/22/2006** <br> **Location:** <br> **153 NE 20 Court** <br> Value $       **230,544.00** | | | | 4,120.03 | 4,120.03 |
| Account No. **19226-56-00800** <br><br> **Broward County Tax Collector** <br> **115 S Andrews Ave., #A100** <br> **Fort Lauderdale, FL 33301** | | - | **2007** <br> **Property Taxes** <br> **Residential Property** <br> **Legal Description:** <br> **See Attachment** <br> **Purchased: 2/15/2006** <br> **Location:** <br> **814 NE 28 St** <br> Value $       **344,737.00** | | | | 7,066.27 | 7,066.27 |

Sheet ___**1**___ of ___**10**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | 108,552.91 | 34,483.30

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Robert S Stott**                                                                          ,    Case No. _____
                                                            Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Homeowners Association Residential Property Legal Description: See Attachment Purchased: 10/3/2005 Location: 9877 Westview Drive #610 Coral Springs, FL 33076 | | | | | |
| **Citation Way Condo** **9845 Westview Dr** **Pompano Beach, FL 33076** | | | | - | | | | | | |
| | | | | | Value $              236,870.00 | | | | 900.00 | 900.00 |
| Account No. 150839635 | | | | | Opened 8/01/06 Last Active 9/11/07 First Mortgage Residential Property Legal Description: See Attached Purchased: 3/11/2005 Location: 110 N Federal Hwy #502 | | | | | |
| **Countrywide Home Lending** **Attn: Litigation Intake, MS;AC-11B** **5220 Las Virgenes Rd** **Calabasas, CA 91302** | | | | - | | | | | | |
| | | | | | Value $              360,000.00 | | | | 401,991.00 | 41,991.00 |
| Account No. 5890003542263 | | | | | Opened 3/03/06 Last Active 9/11/07 First Mortgage Residential Property Legal Description: See Attachment Purchased: 3/3/2006 Location: 1301 Eastern Pecan Place | | | | | |
| **Emc Mortgage** **POB 293450** **Lewisville, TX 75029** | | | | - | | | | | | |
| | | | | | Value $              244,241.00 | | | | 178,822.00 | 0.00 |
| Account No. 42-10-31-5919-00210-0000 | | | | | Property Taxes Residential Property Legal Description: See Attached Purchased: 3/26/2007 Location: 115 Riverview Bend #2144 Palm Coast, FL 32137 | | | | | |
| **Flagler County Property Appraiser** **PB 936** **Bunnell, FL 32110** | | | | - | | | | | | |
| | | | | | Value $              288,131.00 | | | | 0.00 | 0.00 |
| Account No. 274500638895 | | | | | Opened 4/25/05 Last Active 11/01/07 Security Agreement Residential Property Legal Description: See Attachment Purchased: 4/22/2005 Location: 429 NE Tradewind Lane #2-402 | | | | | |
| **Flagstar Bank** **5151 Corporate Dr** **Ms-S144-3** **Troy, MI 48098** | | | | - | | | | | | |
| | | | | | Value $              425,000.00 | | | | 267,500.00 | 0.00 |

Sheet   **2**    of   **10**    continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                    849,213.00          42,891.00

B6D (Official Form 6D) (12/07) - Cont.

In re   **Robert S Stott**                                                                 ,     Case No. _____
                                                            Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **274500961300** <br><br> Flagstar Bank <br> 5151 Corporate Dr <br> Ms-S144-3 <br> Troy, MI 48098 | - | | Opened 1/13/06 Last Active 9/01/07 <br> First Mortgage <br> Residential Property <br> Legal Description: <br> See Attachment <br> Purchased: 12/30/2005 <br> Location: <br> 761 N Pine Island Rd #106 | | | | | |
| | | | Value $ **195,000.00** | | | | 229,854.00 | 34,854.00 |
| Account No. **274501019094** <br><br> Flagstar Bank <br> 5151 Corporate Dr <br> Ms-S144-3 <br> Troy, MI 48098 | - | | Opened 3/17/06 Last Active 9/01/07 <br> First Mortgage <br> Residential Property <br> Legal Description: <br> See Attachment <br> Purchased: 3/20/2006 <br> Location: <br> 2615 W Gary Ave #1014 | | | | | |
| | | | Value $ **193,172.00** | | | | 215,445.00 | 22,273.00 |
| Account No. **274859533662** <br><br> Flagstar Bank <br> 5151 Corporate Dr <br> Ms-S144-3 <br> Troy, MI 48098 | - | | Opened 4/25/05 Last Active 10/21/07 <br> Second Mortgage <br> Residential Property <br> Legal Description: <br> See Attachment <br> Purchased: 4/22/2005 <br> Location: <br> 429 NE Tradewind Lane #2-402 | | | | | |
| | | | Value $ **425,000.00** | | | | 146,500.00 | 0.00 |
| Account No. **274501147708** <br><br> Flagstar Bank <br> 5151 Corporate Dr <br> Ms-S144-3 <br> Troy, MI 48098 | - | | Opened 8/01/06 Last Active 9/01/07 <br> Second Mortgage <br> Residential Property <br> Legal Description: <br> See Attached <br> Purchased: 3/11/2005 <br> Location: <br> 110 N Federal Hwy #502 | | | | | |
| | | | Value $ **360,000.00** | | | | 47,247.00 | 47,247.00 |
| Account No. **359510119** <br><br> GMAC Mortgage <br> Attn: Bankruptcy Dept <br> 500 Enterprise Rd  #150 <br> Horsham, PA 19044 | - | | Opened 3/26/07 Last Active 10/10/07 <br> First Mortgage <br> Residential Property <br> Legal Description: <br> See Attached <br> Purchased: 3/26/2007 <br> Location: <br> 115 Riverview Bend #2144 | | | | | |
| | | | Value $ **288,131.00** | | | | 372,466.00 | 84,335.00 |

Sheet  **3**  of  **10**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 1,011,512.00 | 188,709.00 |
|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re   **Robert S Stott**                                                              ,        Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **359509895** <br><br> **GMAC Mortgage** <br> **Attn: Bankruptcy Dept** <br> **500 Enterprise Rd  #150** <br> **Horsham, PA 19044** | | - | | Opened 3/12/07 Last Active 9/11/07 <br> **First Mortgage** <br> **Residential Property** <br> Legal Description: <br> See Attachment <br> Purchased: 2/15/2006 <br> Location: <br> **2756 NE 8 Ave** | | | | | |
| | | | | Value $              **264,924.00** | | | | **308,505.00** | **43,581.00** |
| Account No. **359322411** <br><br> **GMAC Mortgage** <br> **Attn: Bankruptcy Dept** <br> **500 Enterprise Rd  #150** <br> **Horsham, PA 19044** | | | | Opened 5/16/06 Last Active 10/10/07 <br> **First Mortgage** <br> **Residential Property** <br> Legal Description: <br> See Attachment <br> Purchased: 5/16/2006 <br> Location: <br> **8679 Pegasus Dr** | | | | | |
| | | | | Value $              **219,000.00** | | | | **262,484.00** | **43,484.00** |
| Account No. **360132631** <br><br> **GMAC Mortgage** <br> **Attn: Bankruptcy Dept** <br> **500 Enterprise Rd  #150** <br> **Horsham, PA 19044** | | | | Opened 5/07/07 Last Active 9/11/07 <br> **First Mortgage** <br> **Residential Homestead** <br> Legal Description: <br> See Attachment <br> Purchased: 12/30/2005 <br> Location: <br> **751 N Pine Island Road #106** | | | | | |
| | | | | Value $              **245,117.00** | | | | **255,138.00** | **10,021.00** |
| Account No. **8307040680** <br><br> **GMAC Mortgage** <br> **Attn: Bankruptcy Dept** <br> **500 Enterprise Rd  #150** <br> **Horsham, PA 19044** | | - | | Opened 3/03/06 Last Active 9/12/07 <br> **Second Mortgage** <br> **Residential Property** <br> Legal Description: <br> See Attachment <br> Purchased: 3/3/2006 <br> Location: <br> **1301 Eastern Pecan Place** | | | | | |
| | | | | Value $              **244,241.00** | | | | **20,850.00** | **0.00** |
| Account No. **4800091438184** <br><br> **Green Point Savings** <br> **4160 Main St** <br> **Flushing, NY 11355** | | - | | Opened 12/26/06 Last Active 9/11/07 <br> **First Mortgage** <br> **Residential Property** <br> Legal Description: <br> See Attachment <br> Purchased: 10/3/2005 <br> Location: <br> **9877 Westview Drive #610** | | | | | |
| | | | | Value $              **236,870.00** | | | | **214,400.00** | **0.00** |

Sheet ___**4**___ of ___**10**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **1,061,377.00** | **97,086.00** |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re   **Robert S Stott**
_____,    Case No. _____
                                   Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **4800091905315** <br><br> **Green Point Savings** <br> **4160 Main St** <br> **Flushing, NY 11355** | | | - | | Opened **3/12/07** Last Active **9/11/07** <br> **Second Mortgage** <br> **Residential Property** <br> **Legal Description:** <br> **See Attachment** <br> **Purchased: 2/15/2006** <br> **Location:** <br> **2756 NE 8 Ave** | | | | | |
| | | | | | Value $         **264,924.00** | | | | **100,000.00** | **100,000.00** |
| Account No. **4800203333620** <br><br> **Green Point Savings** <br> **4160 Main St** <br> **Flushing, NY 11355** | | | | | Opened **3/26/07** Last Active **10/15/07** <br> **Second Mortgage** <br> **Residential Property** <br> **Legal Description:** <br> **See Attached** <br> **Purchased: 3/26/2007** <br> **Location:** <br> **115 Riverview Bend #2144** | | | | | |
| | | | | | Value $         **288,131.00** | | | | **45,300.00** | **45,300.00** |
| Account No. **4800091438192** <br><br> **Green Point Savings** <br> **4160 Main St** <br> **Flushing, NY 11355** | | | | | Opened **12/26/06** Last Active **9/11/07** <br> **Second Mortgage** <br> **Residential Property** <br> **Legal Description:** <br> **See Attachment** <br> **Purchased: 10/3/2005** <br> **Location:** <br> **9877 Westview Drive #610** | | | | | |
| | | | | | Value $         **236,870.00** | | | | **26,800.00** | **4,330.00** |
| Account No. **7427349360** <br><br> **Home Comings Financial** <br> **Attn: Bankruptcy** <br> **500 Enterprise Rd  #150** <br> **Horsham, PA 19044** | | | | | Opened **2/15/06** Last Active **9/11/07** <br> **First Mortgage** <br> **Residential Property** <br> **Legal Description:** <br> **See Attachment** <br> **Purchased: 2/15/2006** <br> **Location:** <br> **814 NE 28 St** | | | | | |
| | | | | | Value $         **344,737.00** | | | | **353,837.00** | **9,100.00** |
| Account No. **7429768773** <br><br> **Home Comings Financial** <br> **Attn: Bankruptcy** <br> **500 Enterprise Rd  #150** <br> **Horsham, PA 19044** | | | | | Opened **7/21/06** Last Active **9/11/07** <br> **First Mortgage** <br> **Residential Property** <br> **Legal Description:** <br> **See Attachment** <br> **Purchased: 8/25/2005** <br> **Location:** <br> **1121 E River Drive** | | | | | |
| | | | | | Value $         **220,354.00** | | | | **212,758.00** | **0.00** |

Sheet __5__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      **738,695.00**      **158,730.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Robert S Stott**                                              ,     Case No. _____
                                                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **7392410478** <br><br> **Home Comings Financial** <br> **Attn: Bankruptcy** <br> **500 Enterprise Rd  #150** <br> **Horsham, PA 19044** | - | | Opened 7/21/06  Last Active 9/12/07 <br> **Second Mortgage** <br> **Residential Property** <br> Legal Description: <br> **See Attachment** <br> Purchased: 8/25/2005 <br> Location: <br> **1121 E River Drive** <br> Value $        **220,354.00** | | | | 42,461.00 | 34,865.00 |
| Account No. **7392198701** <br><br> **Home Comings Financial** <br> **Attn: Bankruptcy** <br> **500 Enterprise Rd  #150** <br> **Horsham, PA 19044** | - | | Opened 2/15/06  Last Active 9/12/07 <br> **Second Mortgage** <br> **Residential Property** <br> Legal Description: <br> **See Attachment** <br> Purchased: 2/15/2006 <br> Location: <br> **814 NE 28 St** <br> Value $        **344,737.00** | | | | 41,557.00 | 41,557.00 |
| Account No. **7470125584** <br><br> **Homecome Fin** <br> **2711 N Haskell #1000** <br> **Dallas, TX 75204** | - | | Opened 8/01/06  Last Active 9/11/07 <br> **First Mortgage** <br> **Residential Property** <br> Legal Description: <br> **See Attachment** <br> Purchased: 9/28/2005 <br> Location: <br> **5200 NW 32 Ave #K-190** <br> Value $        **201,659.00** | | | | 200,694.00 | 0.00 |
| Account No. **739243** <br><br> **Homecome Fin** <br> **2711 N Haskell #1000** <br> **Dallas, TX 75204** | - | | Opened 8/01/06  Last Active 9/12/07 <br> **Second Mortgage** <br> **Residential Property** <br> Legal Description: <br> **See Attachment** <br> Purchased: 9/28/2005 <br> Location: <br> **5200 NW 32 Ave #K-190** <br> Value $        **201,659.00** | | | | 25,209.00 | 24,244.00 |
| Account No. <br><br> **Lofts of Wilton Manors** <br> **ATTN: Craig Mestel** <br> **8008 NE 28 ST** <br> **Wilton Manors, FL 33334** | - | | **Residential Property** <br> Legal Description: <br> **See Attachment** <br> Purchased: 2/15/2006 <br> Location: <br> **2756 NE 8 Ave** <br> **Wilton Manors, FL 33334** <br> Value $        **264,924.00** | | | | 430.00 | 430.00 |

Sheet **6** of **10** continuation sheets attached to        Subtotal        310,351.00 | 101,096.00
Schedule of Creditors Holding Secured Claims                (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __Robert S Stott_____,      Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Lofts of Wilton Manors**<br>**ATTN: Craig Mestel**<br>**808 NE 28 ST**<br>**Wilton Manors, FL 33334** | | - | **Homeowners Association**<br>**Residential Property**<br>**Legal Description:**<br>**See Attachment**<br>**Purchased: 2/15/2006**<br>**Location:**<br>**814 NE 28 St**<br>**Wilton Manors, FL 33334** | | | | | |
| | | | Value $              **344,737.00** | | | | **430.00** | **430.00** |
| Account No. <br><br>**Manor Grove Village Three**<br>**C/O Banco Popular (BDCI)**<br>**PB 169003**<br>**Miami, FL 33116** | | - | **Homeowners Association**<br>**Residential Property**<br>**Legal Description:**<br>**See Attachment**<br>**Quit Claim Deed: 2/22/2006**<br>**Location:**<br>**153 NE 20 Court**<br>**Wilton Manors, FL 33305** | | | | | |
| | | | Value $              **230,544.00** | | | | **1,040.00** | **1,040.00** |
| Account No. **177-20-813-026**<br><br>**Office of County Treasurer**<br>**Laura B. Fitzpatrick, Treasurer**<br>**500 S Grand Central Pkwy, 1st Floor**<br>**POB 551220**<br>**Las Vegas, NV 89155** | | - | **2007**<br>**Property Taxes**<br>**Residential Property**<br>**Legal Description:**<br>**See Attachment**<br>**Purchased: 3/20/2006**<br>**Location:**<br>**2615 W Gary Ave #1014** | | | | | |
| | | | Value $              **193,172.00** | | | | **2,038.64** | **2,038.64** |
| Account No. **117247-6**<br><br>**Orange County Tax Collector**<br>**POB 2551**<br>**Orlando, FL 32802** | | - | **2007**<br>**Property Taxes**<br>**Residential Property**<br>**Legal Description:**<br>**See Attachment**<br>**Purchased: 3/3/2006**<br>**Location:**<br>**1301 Eastern Pecan Place** | | | | | |
| | | | Value $              **244,241.00** | | | | **2,899.56** | **0.00** |
| Account No. **00-42-45-22-11-000-0860**<br><br>**Palm Beach County Tax Collector**<br>**PB 3353**<br>**West Palm Beach, FL 33402** | | - | **2007**<br>**Property Taxes**<br>**Residential Property**<br>**Legal Description:**<br>**See Attachment**<br>**Purchased: 11/15/2006**<br>**Location:**<br>**9296 Watercourse Way** | | | | | |
| | | | Value $              **390,000.00** | | | | **6,425.69** | **0.00** |

Sheet __7__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal | **12,833.89** | **3,508.64**
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re   **Robert S Stott**
_____,      Case No. _____
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Paragon Plantation**<br>**751 N Pine Island Rd**<br>**Plantation, FL 33324** | - | | **Homeowners Association**<br>**Residential Homestead**<br>**Legal Description:**<br>**See Attachment**<br>**Purchased: 12/30/2005**<br>**Location:**<br>**751 N Pine Island Road #106**<br>**Plantation, FL 33324**<br>Value $            **245,117.00** | | | | **550.00** | **550.00** |
| Account No.<br><br>**Paragon Plantation**<br>**761 N Pine Island Rd**<br>**Plantation, FL 33324** | - | | **Homeowners Association**<br>**Residential Property**<br>**Legal Description:**<br>**See Attachment**<br>**Purchased: 12/30/2005**<br>**Location:**<br>**761 N Pine Island Rd #106**<br>**Plantation, FL 33324**<br>Value $            **195,000.00** | | | | **550.00** | **550.00** |
| Account No.<br><br>**Poinciano Condo**<br>**C/O Integrity Property Management**<br>**PB 8726**<br>**Pompano Beach, FL 33075** | - | | **Homeowners Association**<br>**Residential Property**<br>**Legal Description:**<br>**See Attachment**<br>**Purchased: 7/22/2005**<br>**Location:**<br>**5940 W Sample Rd**<br>**Coral Springs, FL 33071**<br>Value $            **204,537.00** | | | | **425.00** | **0.00** |
| Account No.<br><br>**Resort Villas II Condo**<br>**ATTN: Property Management Co**<br>**2177 SE Ocean Blvd**<br>**Stuart, FL 34996** | - | | **Condo Association**<br>**Residential Property**<br>**Legal Description:**<br>**See Attachment**<br>**Purchased: 4/22/2005**<br>**Location:**<br>**429 NE Tradewind Lane #2-402**<br>**Stuart, FL 34996**<br>Value $            **425,000.00** | | | | **0.00** | **0.00** |
| Account No.<br><br>**Southern Pines of Orange County**<br>**C/O Continental Group**<br>**1350 Orange Ave #100**<br>**Winter Park, FL 32789** | - | | **Homeowners Association**<br>**Residential Property**<br>**Legal Description:**<br>**See Attachment**<br>**Purchased: 3/3/2006**<br>**Location:**<br>**1301 Eastern Pecan Place**<br>**Winter Garden, FL 34787**<br>Value $            **244,241.00** | | | | **330.00** | **0.00** |

Sheet   **8**   of   **10**   continuation sheets attached to            Subtotal
Schedule of Creditors Holding Secured Claims                (Total of this page)            **1,855.00**    **1,100.00**

B6D (Official Form 6D) (12/07) - Cont.

In re __Robert S Stott_____,    Case No. _____
                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
|  |  | H W J C |  |  |  |  |  |  |  |
| Account No.<br><br>**Southgate Condo Association**<br>**C/O RMI Management**<br>**ATTN: Mickee Foster**<br>**630 Trade Center Dr #100**<br>**Las Vegas, NV 89119** |  |  | - | **Residential Property**<br>**Legal Description:**<br>**See Attachment**<br>**Purchased: 3/20/2006**<br>**Location:**<br>**2615 W Gary Ave #1014**<br>**Las Vegas, NV 89123** |  |  |  |  |  |
|  |  |  |  | Value $           **193,172.00** |  |  |  | **325.00** | **325.00** |
| Account No. 1002214565<br><br>**Specialized Loan Servi**<br>**8742 Lucent Blvd #300**<br>**Highlands Ranch, CO 80129** |  |  |  | **Opened  5/31/06  Last Active 10/09/07**<br>**Second Mortgage**<br>**Residential Property**<br>**Legal Description:**<br>**See Attachment**<br>**Purchased: 5/16/2006**<br>**Location:**<br>**8679 Pegasus Dr** |  |  |  |  |  |
|  |  |  |  | Value $           **219,000.00** |  |  |  | **32,801.00** | **32,801.00** |
| Account No.<br><br>**Stewart Living Trust**<br>**c/o Jon Brockwell**<br>**POB 9583**<br>**Fort Lauderdale, FL 33310** |  |  | - | **First Mortgage**<br>**Residential Property**<br>**Legal Description:**<br>**See Attachment**<br>**Purchased: 11/15/2006**<br>**Location:**<br>**9296 Watercourse Way**<br>**Boynton Beach, FL 33474** |  |  |  |  |  |
|  |  |  |  | Value $           **390,000.00** |  |  |  | **380,000.00** | **0.00** |
| Account No.<br><br>**Tidelands Condominium**<br>**C/O May Management Services**<br>**5455 A1A South**<br>**Saint Augustine, FL 32080** |  |  | - | **Homeowners Association**<br>**Residential Property**<br>**Legal Description:**<br>**See Attached**<br>**Purchased: 3/26/2007**<br>**Location:**<br>**115 Riverview Bend #2144**<br>**Palm Coast, FL 32137** |  |  |  |  |  |
|  |  |  |  | Value $           **288,131.00** |  |  |  | **800.00** | **800.00** |
| Account No.<br><br>**Valentine Livorin**<br>**628 Hollows Cir**<br>**Deerfield Beach, FL 33442** |  |  | - | **7/22/2005**<br>**First Mortgage**<br>**Residential Property**<br>**Legal Description:**<br>**See Attachment**<br>**Purchased: 7/22/2005**<br>**Location:**<br>**5940 W Sample Rd** |  |  |  |  |  |
|  |  |  |  | Value $               **0.00** |  |  |  | **234,000.00** | **234,000.00** |

Sheet __9__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **647,926.00** | **267,926.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Robert S Stott**                                                                                    ,     Case No. _____
                                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Villas at Lakeview** <br>**5200 NW 31 Ave.** <br>**Fort Lauderdale, FL 33309** | | - | Homeowners Association <br>Residential Property <br>Legal Description: <br>See Attachment <br>Purchased: 9/28/2005 <br>Location: <br>5200 NW 32 Ave #K-190 <br>Ft Lauderdale, FL 33309 | | | | | |
| | | | Value $            **201,659.00** | | | | **600.00** | **600.00** |
| Account No. **1001000000000736878091** <br><br>**Washington Mutual Mortgage** <br>**Attn: Collections Corp** <br>**POB 44118** <br>**Jacksonville, FL 32231** | X | - | Opened  6/26/06  Last Active 10/25/07 <br>Second Mortgage <br>Residential Homestead <br>Legal Description: <br>See Attached <br>Purchased: 9/30/2003 <br>Location: <br>1461 NW 114 Ave | | | | | |
| | | | Value $          **1,000,000.00** | | | | **574,294.00** | **0.00** |
| Account No. **1560081880098** <br><br>**Washington Mutual Mortgage** <br>**Attn: Collections Corp** <br>**POB 44118** <br>**Jacksonville, FL 32231** | | - | Opened  9/30/03  Last Active  7/01/05 <br>First Mortgage <br>Residential Homestead <br>Legal Description: <br>See Attached <br>Purchased: 9/30/2003 <br>Location: <br>1461 NW 114 Ave | | | | | |
| | | | Value $          **1,000,000.00** | | | | **467,938.00** | **42,232.00** |
| Account No. **1560690865027** <br><br>**Washington Mutual Mortgage** <br>**Attn: Collections Corp** <br>**POB 44118** <br>**Jacksonville, FL 32231** | | - | Opened  2/22/06  Last Active  9/28/07 <br>First Mortgage <br>Residential Property <br>Legal Description: <br>See Attachment <br>Quit Claim Deed: 2/22/2006 <br>Location: <br>153 NE 20 Court | | | | | |
| | | | Value $            **230,544.00** | | | | **244,501.00** | **13,957.00** |
| Account No. <br><br>**Waverly at Las Olas COA** <br>**C/O Michael Rosenblatt** <br>**110 N Fed Hwy** <br>**Fort Lauderdale, FL 33301** | | - | Homeowners Association <br>Residential Property <br>Legal Description: <br>See Attached <br>Purchased: 3/11/2005 <br>Location: <br>110 N Federal Hwy #502 <br>Ft Lauderdale, FL 33301 | | | | | |
| | | | Value $            **360,000.00** | | | | **1,500.00** | **1,500.00** |

Sheet __10__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br>(Total of this page) | **1,288,833.00** | **58,289.00** |
| Total <br>(Report on Summary of Schedules) | **6,209,110.80** | **994,664.94** |

B6E (Official Form 6E) (12/07)

.

In re **Robert S Stott** _____,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0** _____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re  **Robert S Stott**
_____,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 3300621324689<br><br>**ABN AMRO Mortgage Group**<br>**7159 Corklan Dr**<br>**Jacksonville, FL 32258** | | - | | | **Opened  2/04/02  Last Active  6/01/04**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. 3300630039465<br><br>**ABN AMRO Mortgage Group**<br>**7159 Corklan Dr**<br>**Jacksonville, FL 32258** | | - | | | **Opened 11/04/02  Last Active 10/01/03**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. 3300621997832<br><br>**ABN AMRO Mortgage Group**<br>**7159 Corklan Dr**<br>**Jacksonville, FL 32258** | | - | | | **Opened  3/08/02  Last Active  4/01/03**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. 3300616522838<br><br>**ABN AMRO Mortgage Group**<br>**7159 Corklan Dr**<br>**Jacksonville, FL 32258** | | - | | | **Opened  8/07/01  Last Active  6/01/02**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |

___18___  continuation sheets attached

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              S/N:35778-080306   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert S Stott**                                    ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3300616092612 | | | Opened 7/20/01 Last Active 9/01/02 ConventionalRealEstateMortgage | | | | |
| ABN AMRO Mortgage Group 7159 Corklan Dr Jacksonville, FL 32258 | - | | | | | | 0.00 |
| Account No. 3300616274291 | | | Opened 7/13/01 Last Active 9/01/02 ConventionalRealEstateMortgage | | | | |
| ABN AMRO Mortgage Group 7159 Corklan Dr Jacksonville, FL 32258 | - | | | | | | 0.00 |
| Account No. 021238678019311622 | | | Opened 3/01/88 CreditCard | | | | |
| American Express General Counsels Office 3200 Commerce Pwy   Md 19-01-06 Merrimar, FL 33025 | - | | | | | | 0.00 |
| Account No. 021238678019394993 | | | Opened 10/01/95 CreditCard | | | | |
| American Express General Counsels Office 3200 Commerce Pwy   Md 19-01-06 Merrimar, FL 33025 | - | | | | | | 0.00 |
| Account No. 021238678019347422 | | | Opened 12/25/99 Last Active 12/01/05 CreditCard | | | | |
| American Express General Counsels Office 3200 Commerce Pwy   Md 19-01-06 Merrimar, FL 33025 | - | | | | | | 0.00 |

Sheet no. __1___ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert S Stott**
_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 021238678019398721  **American Express General Counsels Office 3200 Commerce Pwy   Md 19-01-06 Merrimar, FL 33025** | - | | **Opened  5/01/01 CreditCard** | | | | 0.00 |
| Account No. 46932844  **American Honda Finance POB 1844 Alpharetta, GA 30023** | - | | **Opened  7/21/04 Last Active  6/12/06 Automobile** | | | | 0.00 |
| Account No. 79132221  **American Honda Finance POB 1844 Alpharetta, GA 30023** | - | | **Opened  4/08/06 Last Active  1/12/07 Automobile** | | | | 0.00 |
| Account No. 14832460  **American Honda Finance POB 1844 Alpharetta, GA 30023** | - | | **Opened 12/30/00 Last Active 12/01/03 AutoLease** | | | | 0.00 |
| Account No. 10102JC181  **American Honda Finance POB 1844 Alpharetta, GA 30023** | - | | **Opened 12/23/00 Last Active  9/01/02 AutoLease** | | | | 0.00 |

Sheet no. __**2**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert S Stott**                                              ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1061146021125** <br><br> **Americas Servicing Co** <br> **Attn: Correspondence** <br> **POB 10328** <br> **DeMoines, IA 50306** | - | | Opened 1/13/06 Last Active 7/31/06 <br> ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. **544059014101** <br><br> **Bac / Fleet Bankcard** <br> **POB 26012** <br> **Nc4-105-0314** <br> **Greensboro, NC 27420** | - | | Opened 5/29/97 <br> CreditCard | | | | 0.00 |
| Account No. **562807518600001** <br><br> **Bank Atlantic II** <br> **2100 W Cypress Creek Rd** <br> **Fort Lauderdale, FL 33309** | | | Opened 3/20/96 <br> CreditLineSecured | | | | 0.00 |
| Account No. **0727** <br><br> **Bank of America** <br> **Nc4-105-03-14** <br> **4161 Peidmont Pwy** <br> **Greensboro, NC 27420** | - | | Opened 6/03/97 <br> CreditCard | | | | 0.00 |
| Account No. **18260090076415041** <br><br> **Bank Of America** <br> **Nc-105-03-14** <br> **4161 Peidmont Pwy** <br> **Greensboro, NC 27420** | - | | Opened 3/22/98 Last Active 1/01/01 <br> InstallmentLoan | | | | 0.00 |

Sheet no. __3___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert S Stott**                                                          ,          Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **8171** | | | | Opened  4/25/02 CreditCard | | | | |
| **Bank of America POB 26012 Nc4-105-03-14 Greensboro, NC 27420** | - | | | | | | | 0.00 |
| Account No. **369** | | | | Opened  2/02/07 CreditCard | | | | |
| **Bank of America POB 26012 Nc4-105-03-14 Greensboro, NC 27420** | - | | | | | | | 0.00 |
| Account No. **4440000116428059** | | | | Also Account # 44400005149229231 | | | | |
| **BB & T POB 996 Wilson, NC 27894** | | | | | | | | 2,000.00 |
| Account No. **517805159524** | | | | Opened  7/16/98  Last Active  2/02/04 CreditCard | | | | |
| **Capital 1 Bank Attn: C/O TSYS Debt Management POB 5155 Norcross, GA 30091** | - | | | | | | | 0.00 |
| Account No. **546647060344** | | | | Opened 12/12/96  Last Active 11/04/07 CreditCard | | | | |
| **Chase Attn: Credit Bureau Updates POB 15919 Wilmington, DE 19850** | - | | | | | X | | 101.00 |

Sheet no. __**4**___ of __**18**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,101.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert S Stott**
                                                                        ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **441712925311** <br><br> **Chase** <br> **Attn: Credit Bureau Updates** <br> **POB 15919** <br> **Wilmington, DE 19850** | - | | | | **Opened  5/20/97  Last Active  9/23/99** <br> **CreditCard** | | | | 0.00 |
| Account No. **4246-3113-5033-2042** <br><br> **Chase** <br> **POB 15919** <br> **Wilmington, DE 19850** | - | | | | **2005 - 2007** <br> **Credit Card** | | | | 2,967.00 |
| Account No. **4857-3120-0017-2812** <br><br> **Chase** <br> **POB 15619** <br> **Wilmington, DE 19850** | - | | | | **2007** <br> **Office Depot Business Credit Card** | | | | 3,106.00 |
| Account No. **10404516433002** <br><br> **Chase Manhattan** <br> **Chase Home Finance / Bankruptcy Research** <br> **3415 Vision Dr** <br> **Columbus, OH 43219** | - | | | | **Opened  2/14/04  Last Active  3/14/06** <br> **Automobile** | | | | 0.00 |
| Account No. **10221320480106** <br><br> **Chase Manhattan** <br> **Chase Home Finance / Bankruptcy Research** <br> **3415 Vision Dr** <br> **Columbus, OH 43219** | - | | | | **Opened  7/31/02  Last Active  1/01/04** <br> **Automobile** | | | | 0.00 |

Sheet no. __5__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          6,073.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert S Stott**                                              ,        Case No. _____
                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1692648844** <br><br> **Chase Manhattan Mtg** <br> **8333 Ridgepoint Dr** <br> **Irving, TX 75063** | - | | **Opened 7/20/01 Last Active 7/06/05** <br> **ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. **1966038808** <br><br> **Chase Manhattan Mtg** <br> **8333 Ridgepoint Dr** <br> **Irving, TX 75063** | - | | **Opened 9/15/00 Last Active 11/01/03** <br> **ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. **1692672102** <br><br> **Chase Manhattan Mtg** <br> **8333 Ridgepoint Dr** <br> **Irving, TX 75063** | - | | **Opened 7/13/01 Last Active 11/01/03** <br> **ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. **1693877971** <br><br> **Chase Manhattan Mtg** <br> **8333 Ridgepoint Dr** <br> **Irving, TX 75063** | - | | **Opened 4/05/02 Last Active 6/01/03** <br> **ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. **5120651130** <br><br> **Chase Na** <br> **Chase Card Member Services** <br> **POB 15298** <br> **Wilmington, DE 19850** | - | | **Opened 6/19/03 Last Active 12/01/03** <br> **CreditCard** | | | | 0.00 |

Sheet no. __**6**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert S Stott**
_____,      Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1010560907**<br><br>**Chrysler Financial**<br>**POB 8065**<br>**Royal Oak, MI 48068** | - | | Opened 11/18/00  Last Active  5/01/02<br>Automobile | | | | 0.00 |
| Account No. **512107188951**<br><br>**Citibank / Sears**<br>**POB 20363**<br>**Kansas City, MO 64195** | - | | Opened  9/01/77  Last Active 10/28/02<br>CreditCard | | | | 0.00 |
| Account No. **115015400**<br><br>**Citibank / Sears**<br>**POB 20363**<br>**Kansas City, MO 64195** | - | | Opened 10/26/02  Last Active  8/04/06<br>ChargeAccount | | | | 0.00 |
| Account No. **6032590259418522**<br><br>**Citifinancial Retail S**<br>**POB 140489**<br>**Irving, TX 75014** | - | | Opened  1/09/05  Last Active  2/24/06<br>ChargeAccount | | | | 4,217.00 |
| Account No. **72844342**<br><br>**Countrywide Home Lending**<br>**Attn: Litigation Intake, MS;AC-11B**<br>**5220 Las Virgenes Rd**<br>**Calabasas, CA 91302** | - | | Opened  5/16/06<br>ConventionalRealEstateMortgage | | | | 0.00 |

Sheet no. __**7**___ of __**18**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **4,217.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert S Stott**                                                                ,                    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | | |
| Account No. 72844350<br><br>**Countrywide Home Lending**<br>**Attn: Litigation Intake, MS;AC-11B**<br>**5220 Las Virgenes Rd**<br>**Calabasas, CA 91302** | - | | | | **Opened 5/16/06**<br>**ConventionalRealEstateMortgage** | | | | 0.00 |
| Account No. 601100427143<br><br>**Discover Financial**<br>**POB 3025**<br>**New Albany, OH 43054** | - | | | | **Opened 5/02/01 Last Active 7/15/07**<br>**CreditCard** | | | | 53,708.00 |
| Account No. 601100493355<br><br>**Discover Financial**<br>**POB 3025**<br>**New Albany, OH 43054** | - | | | | **Opened 10/24/07**<br>**CreditCard** | | | | 0.00 |
| Account No. 4428280813074402<br><br>**Elan Financial Service**<br>**777 E Wisconsin Ave**<br>**Milwaukee, WI 53202** | - | | | | **Opened 4/01/04 Last Active 9/11/07**<br>**CreditCard** | | | | 0.00 |
| Account No. 41127948132<br><br>**First National Bank Credit Card Center**<br>**Attn: Susan Henshaw**<br>**1620 Dodge St**<br>**Omaha, NE 68197** | - | | | | **Opened 2/01/03 Last Active 10/01/07**<br>**CreditCard** | | | | 88.00 |

Sheet no. __8___ of __18___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    53,796.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert S Stott**                                          ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 344870094719080<br><br>**First National Bank Credit Card Center<br>Attn: Susan Henshaw<br>1620 Dodge St<br>Omaha, NE 68197** | - | | **Opened 3/01/04<br>CreditCard** | | | | **0.00** |
| Account No. 5300016258 and 5300016238<br><br>**First National Bank of Arizona<br>17600 N. Perimeter Dr.<br>Scottsdale, AZ 85255** | - | | **2006<br>Mortgage Lender Liability** | | | X | **206,000.00** |
| Account No. 274998661534<br><br>**Flagstar Bank<br>5151 Corporate Dr<br>Ms-S144-3<br>Troy, MI 48098** | - | | **Opened 5/01/02  Last Active  6/01/02<br>ConventionalRealEstateMortgage** | | | | **0.00** |
| Account No. 274500000140<br><br>**Flagstar Bank<br>5151 Corporate Dr<br>Ms-S144-3<br>Troy, MI 48098** | - | | **Opened 4/01/04  Last Active 11/01/04<br>ConventionalRealEstateMortgage** | | | | **0.00** |
| Account No. 274500467850<br><br>**Flagstar Bank<br>5151 Corporate Dr<br>Ms-S144-3<br>Troy, MI 48098** | - | | **Opened 12/21/04  Last Active  2/28/06<br>ConventionalRealEstateMortgage** | | | | **0.00** |

Sheet no. __9___ of __18___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **206,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert S Stott**                                                  ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **274500491642** <br><br> **Flagstar Bank** <br> **5151 Corporate Dr** <br> **Ms-S144-3** <br> **Troy, MI 48098** | - | | | | Opened 1/31/05 Last Active 2/20/06 <br> ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. **274500344902** <br><br> **Flagstar Bank** <br> **5151 Corporate Dr** <br> **Ms-S144-3** <br> **Troy, MI 48098** | - | | | | Opened 10/22/04 Last Active 12/06/05 <br> ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. **274500961263** <br><br> **Flagstar Bank** <br> **5151 Corporate Dr** <br> **Ms-S144-3** <br> **Troy, MI 48098** | - | | | | Opened 1/20/06 Last Active 5/09/07 <br> ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. **274501147240** <br><br> **Flagstar Bank** <br> **5151 Corporate Dr** <br> **Ms-S144-3** <br> **Troy, MI 48098** | - | | | | Opened 8/01/06 Last Active 9/01/06 <br> ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. **274500366289** <br><br> **Flagstar Bank** <br> **5151 Corporate Dr** <br> **Ms-S144-3** <br> **Troy, MI 48098** | - | | | | Opened 10/28/04 Last Active 8/15/06 <br> ConventionalRealEstateMortgage | | | | 0.00 |

Sheet no. __10__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert S Stott**                                                                    ,          Case No. _____
                                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **274500844074** | | - | | | **Opened 9/20/05 Last Active 7/24/06** **ConventionalRealEstateMortgage** | | | | |
| **Flagstar Bank** **5151 Corporate Dr** **Ms-S144-3** **Troy, MI 48098** | | | | | | | | | **0.00** |
| Account No. **274500622649** | | - | | | **Opened 4/15/05 Last Active 2/16/07** **ConventionalRealEstateMortgage** | | | | |
| **Flagstar Bank** **5151 Corporate Dr** **Ms-S144-3** **Troy, MI 48098** | | | | | | | | | **0.00** |
| Account No. **274999119809** | | - | | | **Opened 12/23/02** **ConventionalRealEstateMortgage** | | | | |
| **Flagstar Bank** **5151 Corporate Dr** **Ms-S144-3** **Troy, MI 48098** | | | | | | | | | **0.00** |
| Account No. **274998692761** | | - | | | **Opened 6/01/02 Last Active 12/01/02** **ConventionalRealEstateMortgage** | | | | |
| **Flagstar Bank** **5151 Corporate Dr** **Ms-S144-3** **Troy, MI 48098** | | | | | | | | | **0.00** |
| Account No. **438408039** | | - | | | **Opened 8/12/96 Last Active 7/17/97** **ChargeAccount** | | | | |
| **GEMB / HH Gregg** **POB 103106** **Roswell, GA 30076** | | | | | | | | | **0.00** |

Sheet no. __**11**__ of __**18**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert S Stott**                                                    , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **438409656** | | | Opened 11/17/97 Last Active 6/29/00 ChargeAccount | | | | |
| **GEMB / HH Gregg**<br>**POB 103106**<br>**Roswell, GA 30076** | - | | | | | | 0.00 |
| Account No. **4278355801** | | | Opened 7/01/04 Last Active 5/08/06 Educational | | | | |
| **Granite State Mgmt Res**<br>**POB 2287**<br>**Concord, NH 03302** | - | | | | | | 0.00 |
| Account No. **710509565** | | | Opened 12/01/03 Last Active 12/01/05 HomeEquityLineOfCredit | | | | |
| **Gte Fcu**<br>**POB 10550**<br>**Tampa, FL 33679** | - | | | | | | **Unknown** |
| Account No. **710509520** | | | Opened 4/10/02 Last Active 3/16/06 Automobile | | | | |
| **Gte Federal Credit Uni**<br>**711 E Henderson Ave**<br>**Tampa, FL 33602** | - | | | | | | 0.00 |
| Account No. **750002165** | | | Opened 12/24/03 Last Active 6/27/06 HomeEquityLineOfCredit | | | | |
| **Gte Federal Credit Uni**<br>**711 E Henderson Ave**<br>**Tampa, FL 33602** | - | | | | | | 0.00 |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert S Stott**                                                          ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 750002120 | | | | Opened 4/10/02 Last Active 3/16/06 Automobile | | | | |
| Gte Federal Credit Uni 711 E Henderson Ave Tampa, FL 33602 | | - | | | | | | 0.00 |
| Account No. 931920896 | | | | Opened 4/01/88 ChargeAccount | | | | |
| Gulf Oil 8035 Quivira Rd #100 Lenexa, KS 66215 | | - | | | | | | 0.00 |
| Account No. 427349402 | | | | Opened 2/15/06 Last Active 2/03/07 ConventionalRealEstateMortgage | | | X | |
| Home Comings Financial Attn: Bankruptcy 500 Enterprise Rd #150 Horsham, PA 19044 | | | | | | | | 255,809.00 |
| Account No. 392198719 | | | | Opened 2/15/06 Last Active 3/13/07 HomeEquityLineOfCredit | | | | |
| Home Comings Financial Attn: Bankruptcy 500 Enterprise Rd #150 Horsham, PA 19044 | | - | | | | | | 0.00 |
| Account No. 0004755888 | | | | Opened 10/10/07 CreditCard | | | | |
| HSBC Nv/GM Card Hsbc Card Srvs   Attn: Bankruptcy POB 5213 Carol Stream, IL 60197 | | - | | | | | | 0.00 |

Sheet no. __13__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **255,809.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert S Stott**
_____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **427431** <br><br> **Huntington Natl Bk 2361 Morse Rd Columbus, OH 43229** | - | | Opened 3/04/06 Last Active 7/31/07 AutoLease | | | X | 13,531.00 |
| Account No. **12739** <br><br> **Jc Penney Ge Money/Attn: Bankruptcy Dept 4125 Windward Plaza, #300 Alpharetta, GA 30005** | - | | Opened 12/14/76 Last Active 10/19/07 ChargeAccount | | | | 0.00 |
| Account No. **16769596** <br><br> **Mazda Amer Cr 9009 Caruthers Pkwy Franklin, TN 37067** | - | | Opened 4/15/98 Last Active 5/14/01 AutoLease | | | | 0.00 |
| Account No. **1000903347** <br><br> **Mazda Amer Cr 1 S Limestone St #100 Springfield, OH 45502** | - | | Opened 10/28/95 Lease | | | | 0.00 |
| Account No. **4770160368720** <br><br> **Mcydsnb 9111 Duke Blvd Mason, OH 45040** | - | | Opened 3/30/89 Last Active 12/09/03 ChargeAccount | | | | 0.00 |

Sheet no. __14__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **13,531.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert S Stott**                                    ,        Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **633767692620** | | | - | | Opened 12/01/82 Last Active 12/26/99 ChargeAccount | | | | |
| **Mcydsnb** **9111 Duke Blvd** **Mason, OH 45040** | | | | | | | | | 0.00 |
| Account No. **4332077091** | | | - | | Opened 3/24/03 Last Active 5/01/03 ConventionalRealEstateMortgage | | | | |
| **National City Mortgage** **Attn: Bankruptcy Dept** **3232 Newmark Dr.** **Miamisburg, OH 45342** | | | | | | | | | 0.00 |
| Account No. **4330611441** | | | - | | Opened 8/31/99 Last Active 10/01/03 ConventionalRealEstateMortgage | | | | |
| **National City Mortgage** **Attn: Bankruptcy Dept** **3232 Newmark Dr.** **Miamisburg, OH 45342** | | | | | | | | | 0.00 |
| Account No. **406041110012** | | | - | | Opened 5/28/97 CreditCard | | | | |
| **Navy Federal Cr Union** **820 Follin Ln Se** **Vienna, VA 22180** | | | | | | | | | 0.00 |
| Account No. **1736238** | | | - | | Opened 5/12/97 Last Active 10/01/00 Automobile | | | | |
| **Navy Federal Credit Union** **POB 3000** **Merryfield, VA 22119** | | | | | | | | | 0.00 |

Sheet no. __**15**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         0.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Robert S Stott__ ,                                          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1020010295693** <br><br> **Peoples Choice Home Lo** <br> **7515 Irvine Center Dr** <br> **Irvine, CA 92618** | - | | **Opened 1/13/06 Last Active 3/31/06** <br> **ConventionalRealEstateMortgage** | | | | **0.00** |
| Account No. **728503** <br><br> **Security Networks** <br> **3223 Commerce Place** <br> **West Palm Beach, FL 33407** | - | | **12/15/07** <br> **Alarm System** | | | | **500.00** |
| Account No. **9420004738324** <br><br> **Suntrust Mortgage/cc 5** <br> **1001 Semms Ave** <br> **Richmond, VA 23224** | - | | **Opened 3/06/96 Last Active 1/01/00** <br> **ConventionalRealEstateMortgage** | | | | **0.00** |
| Account No. **2144STO** <br><br> **Tidelands Clubhouse** <br> **2 Riverview Bend North** <br> **Palm Coast, FL 32137** | - | | | | | | **500.00** |
| Account No. **549113018206** <br><br> **Unvl/citi** <br> **Citi Corp Credit Bankruptcy** <br> **POB 20507** <br> **Kansas City, MO 64195** | - | | **Opened 8/11/95 Last Active 12/09/05** <br> **CreditCard** | | | | **0.00** |

Sheet no. __16__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,000.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert S Stott** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **500018162150** <br><br> **Vnb- Mortgage Services** <br> **1720 Rt 23 North** <br> **Wayne, NJ 07470** | | - | Opened 12/23/02 Last Active 10/01/05 <br> ConventionalRealEstateMortgage | | | | 0.00 |
| Account No. **2000025666498** <br><br> **Wachovia** <br> **Commercial Loan Services** <br> **POB 740502** <br> **Atlanta, GA 30374** | X | - | 2005 - 2007 <br> Business Line of Credit | | | | 135,019.00 |
| Account No. **9501241807** <br><br> **Wachovia / Southtrust Bank** <br> **POB 3117** <br> **Winston Salem, NC 27102** | | | Opened  7/02/03  Last Active 11/07/03 <br> HomeEquityLineOfCredit | | | | 0.00 |
| Account No. **9501991468** <br><br> **Wachovia / Southtrust Bank** <br> **POB 3117** <br> **Winston Salem, NC 27102** | | - | Opened 11/02/04 Last Active  5/23/05 <br> HomeEquityLineOfCredit | | | | 0.00 |
| Account No. **4386540340471821** <br><br> **Wachovia Bankruptcy** <br> **POB 13765** <br> **Roanoke, VA 24037** | | - | Opened 11/03/04 Last Active  7/06/05 <br> HomeEquityLineOfCredit | | | | 0.00 |

Sheet no. __**17**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **135,019.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert S Stott**
Debtor
,
Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1508015554721**<br><br>**Washington Mutual Home**<br>**Attn: Bankruptcy**<br>**POB 100576  Mailstop Fsc0170**<br>**Florence, SC 29501** | - | | | **Opened  9/15/00  Last Active  4/01/01**<br>**ConventionalRealEstateMortgage** | | | | **0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __**18**__ of __**18**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **0.00** |
| Total<br>(Report on Summary of Schedules) | **677,546.00** |

B6G (Official Form 6G) (12/07)

In re **Robert S Stott** , Case No. _____
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

**B6H (Official Form 6H) (12/07)**

In re __Robert S Stott_____,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Donna Stott**<br>**1461 NW 114th Ave.**<br>**Plantation, FL 33323** | **Washington Mutual Mortgage**<br>**Attn: Collections Corp**<br>**POB 44118**<br>**Jacksonville, FL 32231** |
| **Mortgage Matters Inc**<br>**1515 University Dr #216**<br>**Coral Springs, FL 33071** | **Wachovia**<br>**Commercial Loan Services**<br>**POB 740502**<br>**Atlanta, GA 30374** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Robert S Stott** _____     Case No. _____
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Daughter** | AGE(S):<br>**19**<br>**22** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Mortgage Broker** | **Pre-School Teacher** |
| Name of Employer | **Statewide Mortgage Outlet** | **Plantation Christian** |
| How long employed | **12 Years** | **15 Years** |
| Address of Employer | **1515 University Dr #216**<br>**Coral Springs, FL 33071** | **6501 W. Broward Blvd.**<br>**Fort Lauderdale, FL 33317** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **1,125.00** | $ | **970.45** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **1,125.00** | $ | **970.45** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **0.00** | $ | **150.50** |
|     b. Insurance | $ | **0.00** | $ | **0.00** |
|     c. Union dues | $ | **0.00** | $ | **0.00** |
|     d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **150.50** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,125.00** | $ | **819.95** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **13,000.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **1,485.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **14,485.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **15,610.00** | $ | **819.95** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **16,429.95** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re  **Robert S Stott**                                             Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 9,200.00 |
| a. Are real estate taxes included? Yes __X__ No ___ | | |
| b. Is property insurance included? Yes __X__ No ___ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 400.00 |
| b. Water and sewer | $ | 35.00 |
| c. Telephone | $ | 175.00 |
| d. Other  **See Detailed Expense Attachment** | $ | 664.95 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 550.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| 10. Charitable contributions | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 91.80 |
| c. Health | $ | 179.88 |
| d. Auto | $ | 360.50 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 949.00 |
| b. Other  **Daughters' School Tuition** | $ | 1,746.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **429 NE Tradewinds Lane, Stuart FL Mortgages** | $ | 3,340.00 |
| Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 18,392.13 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 16,429.95 |
| b. Average monthly expenses from Line 18 above | $ | 18,392.13 |
| c. Monthly net income (a. minus b.) | $ | -1,962.18 |

**B6J (Official Form 6J) (12/07)**

In re  **Robert S Stott**                                          Case No. _____

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **Cable / DSL** | $ | **238.95** |
| **Lawn / Pool** | $ | **200.00** |
| **Trash** | $ | **140.00** |
| **Security** | $ | **80.00** |
| **AAA** | $ | **6.00** |
| **Total Other Utility Expenditures** | $ | **664.95** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Robert S Stott**                        Case No. _____

                        Debtor(s)          Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**50**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **April 11, 2008** _____        Signature    **/s/ Robert S Stott** _____

                                             **Robert S Stott**
                                             Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Robert S Stott**                                   Case No. _____

                                     Debtor(s)            Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | |
| --- | --- | --- |
| **$13,500.00** | **Employment** | **2007** |
| **$46,290.00** | **Employment** | **2006** |
| **$3,209.00** | **Business Loss** | **2006** |
| **$74,197.00** | **Employment** | **2005** |
| **$83,236.00** | **Net Operating Loss Carryover, 2007** | |
| **$-426,361.00** | **Business Loss, 2007** | |
| **$21,133.00** | **Capital Gain, 2007** | |

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | |
|---|---|---|
| **$5,382.00** | **Taxable Interest** | **2006** |
| **$17,256.00** | **Pension** | **2006** |
| **$125,015.00** | **Real Estate Loss** | **2006** |
| **$3,117.00** | **Taxable Interest** | **2005** |
| **$521,517.00** | **Capital Gain** | **2005** |
| **$51,010.00** | **Other Gains** | **2005** |
| **$16,584.00** | **Pension** | **2005** |
| **$108,493.00** | **Real Estate Loss** | **2005** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Washington Mutual Mortgage Attn: Collections Corp POB 44118 Jacksonville, FL 32231** | **Monthly** | **$4,963.31** | **$467,938.00** |
| **Washington Mutual Mortgage Attn: Collections Corp POB 44118 Jacksonville, FL 32231** | **Monthly** | **$3,615.21** | **$574,294.00** |
| **Flagstar Bank 5151 Corporate Dr Ms-S144-3 Troy, MI 48098** | **Monthly** | **$1,783.62** | **$267,500.00** |
| **Flagstar Bank 5151 Corporate Dr Ms-S144-3 Troy, MI 48098** | **Monthly** | **$1,088.92** | **$146,500.00** |

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **American Honda Finance**<br>**POB 1844**<br>**Alpharetta, GA 30023** | **Monthly** | **$455.34** | **$23,439.00** |
| **Bank Of America**<br>**Nc-105-03-14**<br>**4161 Peidmont Pwy**<br>**Greensboro, NC 27420** | **Monthly** | **$493.26** | **$56,310.00** |

None
■
  c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐
  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Robert Stott**<br>**vs.**<br>**Racine Parekh**<br>**07-2119** | **Tenant Damages Lawsuit** | **Broward County Court** | **Judgment** |
| **Deutsche Bank Trust Co. vs. Robert Stott**<br>**Case No. 08006745** | **Foreclosure** | **Broward County Circuit Court** | **Pending** |
| **Deutsche Bank Trust Co. vs. Robert Stott**<br>**Case No. 0806519** | **Foreclosure** | **Broward County Circuit Court** | **Pending** |
| **Deutsche Bank Trust Co. vs. Robert Stott**<br>**Case No. 0806734** | **Foreclosure** | **Broward County Circuit Court** | **Pending** |
| **LaSalle Bank National Association vs. Robert Stott**<br>**Case No. 0806840** | **Foreclosure** | **Broward County Circuit Court** | **Pending** |
| **GMAC Mortgage LLC vs. Robert Stott**<br>**Case No. 08005163** | **Foreclosure** | **Broward County Circuit Court** | **Pending** |
| **Greenpoint Mortgage Funding, Inc. vs. Robert Stott**<br>**Case No. 0802975** | **Foreclosure** | **Broward County Circuit Court** | **Pending** |
| **GMAC Mortgage LLC vs. Robert Stott**<br>**Case No. 2008CA00454** | **Foreclosure** | **Flagler Circuit Court** | **Pending** |
| **Deutsche Bank National Trust Co. vs. Robert Stott**<br>**Case No. 08-CA-006875** | **Foreclosure** | **Lee County Circuit Court** | **Pending** |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Flagstar Bank Vs. Robert Stott**<br>**Case No. 08015005** | **Foreclosure** | **Broead County Circuit Court, Florida** | **Pending** |
| **Countrywide Bank Vs. Robert Stott**<br>**Case No. 0813665** | **Foreclosure** | **Broward County Circuit Court, Florida** | **Pending** |
| **JPMorgan Chase Bank Vs. Robert Stott**<br>**Case No. 08-CA-7531** | **Foreclosure** | **Orange County Circuit Court, Florida** | **Pending** |

None
■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

5

### 8.  Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Simonson & Olson P.A.**<br>**2800 W. Oakland Park Blvd #301**<br>**Oakland Park, FL 33311** | **November 28, 2007** | **$7,500.00** |

### 10.  Other transfers

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Paul Shea**<br>**1926 Players Place**<br>**Pompano Beach, FL 33068**<br>    **None** | **11/20/2007** | **2007 Acura RDX**<br><br>**$23,000.00** |

6

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Krista Stott**<br>**1461 NW 114 Ave.**<br>**Plantation, FL 33323**<br>    **Daughter** | **11/20/07** | **2005 Toyota Corolla**<br>**$0.00** |
| **Nicole Stott**<br>**1461 NW 114 Ave.**<br>**Plantation, FL 33323**<br>    **Daughter** | **11/20/07** | **2006 Toyota Scion**<br>**$0.00** |
| **Andrea Horton**<br>**9977 Westview Dr #134**<br>**Coral Springs, FL 33076**<br>    **None** | **10/31/06** | **Residential Home**<br>**9977 Westview DR #134 Coral Springs, FL 33076**<br>**$19,003.19** |
| **Dina M Costa**<br>**5570 NW 44th ST #106A**<br>**Lauderhill, FL 33319**<br>    **None** | **08/11/06** | **Residential Home**<br>**5570 NW 44th St #106A Lauderhill, FL 33319**<br>**$51,492.15** |
| **Gloria D Brown**<br>**3709 Shoma Dr**<br>**West Palm Beach, FL 33414** | **04/25/07** | **Residential Home**<br>**3709 Shoma Dr West Palm Beach, FL 33414**<br>**$60,583.50** |
| **Jason W. Stoicevich & Amy S. Stoicevich**<br>**1447 Capri Lane Apt 6101**<br>**Weston, FL 33326**<br>    **None** | **02/17/06** | **Residential Home**<br>**6934 W Sample Rd B34 Coral Springs, FL 33067**<br>**$75,322.27** |
| **Jowl Stokes**<br>**4050 Pacific Harbors Dr. Apt #214**<br>**Las Vegas, NV 89121**<br>    **None** | **02/15/07** | **Residential Home**<br>**5320 Portavilla Court Unit #203 Las Vegas, NV 89122**<br>**$20,862.25** |

None     b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
■      trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
■      otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

8

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Hardhat Enterprises, Inc | 113763174 | 1515 University Dr #216 Coral Springs, FL 33071 | S-Corp | 9/29/2005 - 9/14/2007 |
| Robert Stott, P.A. | | 1461 NW 114 Ave Plantation, FL 33323 | S-Corp | 4/12/2007 - Present |
| Mortgage Matters, Inc. | 650798721 | 1515 University Dr Coral Springs, FL 33071 | S-Corp | 12/04/1997 - Present |
| Statewide Mortgage Outlet, Inc. | 650800043 | 1515 University Dr #216 Coral Springs, FL 33071 | S-Corp | 12/12/1997 - Present |
| Mortgage Processing Authority, Inc. | 650949532 | 1461 NW 114 Ave Plantation, FL 33323 | S-Corp | 9/21/1999 - Present |
| Easy Street Mortgage, Inc | 651010670 | 8921 W Atlantic Blvd #M Coral Springs, FL 33071 | S-Corp | 5/25/2000 - 10/04/2002 |
| Federated Homes of Florida, Inc. | 651016166 | 8921 W Atlantic Blvd #M Coral Springs, FL 33071 | S-Corp | 6/09/2000 - 10/04/2002 |
| Housefirst Mortgage.Com, Inc | 651060861 | 8921 W Atlantci Blvd #M Coral Springs, FL 33071 | S-Corp | 12/12/2000 - 10/04/2002 |
| BCU Investments, Inc. | | 101 Grand Palms Rive Pembroke Pines, FL 33027 | S-Corp | 2/24/2004 - 9/16/2005 |

9

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                           DATES SERVICES RENDERED

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                            ADDRESS                              DATES SERVICES RENDERED

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY             INVENTORY SUPERVISOR                 DOLLAR AMOUNT OF INVENTORY
                                                                   (Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                           NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                        RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                              NATURE OF INTEREST                          PERCENTAGE OF INTEREST

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| | | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS | | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **April 11, 2008**               Signature   **/s/ Robert S Stott**
                                                        **Robert S Stott**
                                                        Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Robert S Stott**                              Case No. _____

                                          Debtor(s)            Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 5/16/2006**<br><br>**Location: 8679 Pegasus Dr Lehigh Acres, FL 33971** | **Athena at Olympia Pointe** | X | | | |
| **Vacant Land: Lot 103, Tuscan Ridge at Canaan Section 1 Davis, WV 26260 Lot 103, Tuscan Ridge at Canaan Section** | **BB & T** | X | | | |
| **Vacant Land: North Side Sea Turtle Lane Waverly, Georgia 31565 Lot 40 Bridge Pointe - Phase One Subdivision 33rd GM District, Camden County, Georgia** | **BB & T** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 11/15/2006**<br><br>**Location: 9296 Watercourse Way Boynton Beach, FL 33474** | **Boynton Waters Homeowners** | X | | | |

Form 8 Cont.
(10/05)

In re  **Robert S Stott**                                           Case No. _____
                            Debtor(s)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 7/22/2005**<br><br>**Location: 5940 W Sample Rd Coral Springs, FL 33071**<br><br>**Note: Joint with non-filing spouse, Donna Stott** | **Broward County Revenue Collection** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 2/15/2006**<br><br>**Location: 814 NE 28 St Wilton Manors, FL 33334** | **Broward County Tax Collector** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Quit Claim Deed: 2/22/2006**<br><br>**Location: 153 NE 20 Court Wilton Manors, FL 33305** | **Broward County Tax Collector** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 10/3/2005**<br><br>**Location: 9877 Westview Drive #610 Coral Springs, FL 33076** | **Citation Way Condo** | X | | | |
| **Residential Property Legal Description: See Attached**<br><br>**Purchased: 3/11/2005**<br><br>**Location: 110 N Federal Hwy #502 Ft Lauderdale, FL 33301** | **Countrywide Home Lending** | X | | | |

Form 8 Cont.
(10/05)

In re   **Robert S Stott**                                    Case No. _____
                          Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 3/3/2006**<br><br>**Location: 1301 Eastern Pecan Place Winter Garden, FL 34787** | **Emc Mortgage** | X | | | |
| **Residential Property Legal Description: See Attached**<br><br>**Purchased: 3/26/2007**<br><br>**Location: 115 Riverview Bend #2144 Palm Coast, FL 32137**<br><br>**Note: Joint with Centex Homes** | **Flagler County Property Appraiser** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 12/30/2005**<br><br>**Location: 761 N Pine Island Rd #106 Plantation, FL 33324** | **Flagstar Bank** | X | | | |
| **Residential Property Legal Description: See Attached**<br><br>**Purchased: 3/11/2005**<br><br>**Location: 110 N Federal Hwy #502 Ft Lauderdale, FL 33301** | **Flagstar Bank** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 3/20/2006**<br><br>**Location: 2615 W Gary Ave #1014 Las Vegas, NV 89123** | **Flagstar Bank** | X | | | |

Form 8 Cont.
(10/05)

In re  **Robert S Stott**                                                      Case No.  _____

_____
Debtor(s)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Residential Property**<br>**Legal Description:**<br>**See Attachment**<br><br>**Purchased: 5/16/2006**<br><br>**Location:**<br>**8679 Pegasus Dr**<br>**Lehigh Acres, FL 33971** | **GMAC Mortgage** | X | | | |
| **Residential Homestead**<br>**Legal Description:**<br>**See Attachment**<br><br>**Purchased: 12/30/2005**<br><br>**Location:**<br>**751 N Pine Island Road #106**<br>**Plantation, FL 33324** | **GMAC Mortgage** | X | | | |
| **Residential Property**<br>**Legal Description:**<br>**See Attached**<br><br>**Purchased: 3/26/2007**<br><br>**Location:**<br>**115 Riverview Bend #2144**<br>**Palm Coast, FL 32137**<br><br>**Note: Joint with Centex Homes** | **GMAC Mortgage** | X | | | |
| **Residential Property**<br>**Legal Description:**<br>**See Attachment**<br><br>**Purchased: 2/15/2006**<br><br>**Location:**<br>**2756 NE 8 Ave**<br>**Wilton Manors, FL 33334** | **GMAC Mortgage** | X | | | |
| **Residential Property**<br>**Legal Description:**<br>**See Attachment**<br><br>**Purchased: 3/3/2006**<br><br>**Location:**<br>**1301 Eastern Pecan Place**<br>**Winter Garden, FL 34787** | **GMAC Mortgage** | X | | | |

Form 8 Cont.
(10/05)

In re  **Robert S Stott**                                           Case No.  _____
                    Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 2/15/2006**<br><br>**Location: 2756 NE 8 Ave Wilton Manors, FL 33334** | **Green Point Savings** | X | | | |
| **Residential Property Legal Description: See Attached**<br><br>**Purchased: 3/26/2007**<br><br>**Location: 115 Riverview Bend #2144 Palm Coast, FL 32137**<br><br>**Note: Joint with Centex Homes** | **Green Point Savings** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 10/3/2005**<br><br>**Location: 9877 Westview Drive #610 Coral Springs, FL 33076** | **Green Point Savings** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 10/3/2005**<br><br>**Location: 9877 Westview Drive #610 Coral Springs, FL 33076** | **Green Point Savings** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 2/15/2006**<br><br>**Location: 814 NE 28 St Wilton Manors, FL 33334** | **Home Comings Financial** | X | | | |

Form 8 Cont.
(10/05)

In re  **Robert S Stott**                                                    Case No. _____
                              Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 8/25/2005**<br><br>**Location: 1121 E River Drive Margate, FL 33063** | **Home Comings Financial** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 2/15/2006**<br><br>**Location: 814 NE 28 St Wilton Manors, FL 33334** | **Home Comings Financial** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 8/25/2005**<br><br>**Location: 1121 E River Drive Margate, FL 33063** | **Home Comings Financial** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 9/28/2005**<br><br>**Location: 5200 NW 32 Ave #K-190 Ft Lauderdale, FL 33309** | **Homecome Fin** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 9/28/2005**<br><br>**Location: 5200 NW 32 Ave #K-190 Ft Lauderdale, FL 33309** | **Homecome Fin** | X | | | |

Form 8 Cont.
(10/05)

In re   **Robert S Stott**                                                    Case No. _____
                        Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 2/15/2006**<br><br>**Location: 2756 NE 8 Ave Wilton Manors, FL 33334** | **Lofts of Wilton Manors** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 2/15/2006**<br><br>**Location: 814 NE 28 St Wilton Manors, FL 33334** | **Lofts of Wilton Manors** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Quit Claim Deed: 2/22/2006**<br><br>**Location: 153 NE 20 Court Wilton Manors, FL 33305** | **Manor Grove Village Three** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 3/20/2006**<br><br>**Location: 2615 W Gary Ave #1014 Las Vegas, NV 89123** | **Office of County Treasurer** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 3/3/2006**<br><br>**Location: 1301 Eastern Pecan Place Winter Garden, FL 34787** | **Orange County Tax Collector** | X | | | |

Form 8 Cont.
(10/05)

In re __**Robert S Stott**_____     Case No. _____
                              Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### (Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 11/15/2006**<br><br>**Location: 9296 Watercourse Way Boynton Beach, FL 33474** | **Palm Beach County Tax Collector** | X | | | |
| **Residential Homestead Legal Description: See Attachment**<br><br>**Purchased: 12/30/2005**<br><br>**Location: 751 N Pine Island Road #106 Plantation, FL 33324** | **Paragon Plantation** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 12/30/2005**<br><br>**Location: 761 N Pine Island Rd #106 Plantation, FL 33324** | **Paragon Plantation** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 7/22/2005**<br><br>**Location: 5940 W Sample Rd Coral Springs, FL 33071**<br><br>**Note: Joint with non-filing spouse, Donna Stott** | **Poinciano Condo** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 4/22/2005**<br><br>**Location: 429 NE Tradewind Lane #2-402 Stuart, FL 34996** | **Resort Villas II Condo** | X | | | |

Form 8 Cont.
(10/05)

In re   **Robert S Stott**                                                Case No. _____
                              Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 3/3/2006**<br><br>**Location: 1301 Eastern Pecan Place Winter Garden, FL 34787** | **Southern Pines of Orange County** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 3/20/2006**<br><br>**Location: 2615 W Gary Ave #1014 Las Vegas, NV 89123** | **Southgate Condo Association** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 5/16/2006**<br><br>**Location: 8679 Pegasus Dr Lehigh Acres, FL 33971** | **Specialized Loan Servi** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 11/15/2006**<br><br>**Location: 9296 Watercourse Way Boynton Beach, FL 33474** | **Stewart Living Trust** | X | | | |
| **Residential Property Legal Description: See Attached**<br><br>**Purchased: 3/26/2007**<br><br>**Location: 115 Riverview Bend #2144 Palm Coast, FL 32137**<br><br>**Note: Joint with Centex Homes** | **Tidelands Condominium** | X | | | |

Form 8 Cont.
(10/05)

In re  **Robert S Stott**                                                                 Case No.
                              Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 7/22/2005**<br><br>**Location: 5940 W Sample Rd Coral Springs, FL 33071**<br><br>**Note: Joint with non-filing spouse, Donna Stott** | **Valentine Livorin** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 9/28/2005**<br><br>**Location: 5200 NW 32 Ave #K-190 Ft Lauderdale, FL 33309** | **Villas at Lakeview** | X | | | |
| **Residential Property Legal Description: See Attachment**<br><br>**Quit Claim Deed: 2/22/2006**<br><br>**Location: 153 NE 20 Court Wilton Manors, FL 33305** | **Washington Mutual Mortgage** | X | | | |
| **Residential Property Legal Description: See Attached**<br><br>**Purchased: 3/11/2005**<br><br>**Location: 110 N Federal Hwy #502 Ft Lauderdale, FL 33301** | **Waverly at Las Olas COA** | X | | | |
| **2007 Honda Accord**<br><br>**Note: Vehicle has 10,000 miles.** | **American Honda Finance** | | | | X |
| **2007 Sunseeker by Forest River LE Series M-2200**<br>**Note: 3342 Miles** | **Bank Of America** | | | | X |

Form 8 Cont.
(10/05)

In re  **Robert S Stott**                                                      Case No. _____
                    Debtor(s)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 4/22/2005**<br><br>**Location: 429 NE Tradewind Lane #2-402 Stuart, FL 34996** | **Flagstar Bank** | | | | **X** |
| **Residential Property Legal Description: See Attachment**<br><br>**Purchased: 4/22/2005**<br><br>**Location: 429 NE Tradewind Lane #2-402 Stuart, FL 34996** | **Flagstar Bank** | | | | **X** |
| **Residential Homestead Legal Description: See Attached**<br><br>**Purchased: 9/30/2003**<br><br>**Location: 1461 NW 114 Ave Plantation, FL 33323**<br><br>**Note: Joint with non-filing spouse, Donna Stott.** | **Washington Mutual Mortgage** | | | | **X** |
| **Residential Homestead Legal Description: See Attached**<br><br>**Purchased: 9/30/2003**<br><br>**Location: 1461 NW 114 Ave Plantation, FL 33323**<br><br>**Note: Joint with non-filing spouse, Donna Stott.** | **Washington Mutual Mortgage** | | | | **X** |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Form 8 Cont.
(10/05)

In re   **Robert S Stott**                                      Case No. _____
                    Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

Date   **April 11, 2008**            Signature   **/s/ Robert S Stott**
                                                 **Robert S Stott**
                                                 Debtor

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF FLORIDA**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Christian J Olson 121436 | X /s/ Christian J Olson | April 11, 2008 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**2800 W. Oakland Park Blvd #301**
**Oakland Park, FL 33311**
**954-485-8584**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Robert S Stott | X /s/ Robert S Stott | April 11, 2008 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

**United States Bankruptcy Court**
**Southern District of Florida**

In re    **Robert S Stott**                            Case No. _____
                                          Debtor(s)        Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:    **April 11, 2008** _____          **/s/ Robert S Stott** _____
                                                 **Robert S Stott**
                                                 Signature of Debtor

ABN AMRO Mortgage Group
7159 Corklan Dr
Jacksonville, FL 32258


American Express
General Counsels Office
3200 Commerce Pwy  Md 19-01-06
Merrimar, FL 33025


American Honda Finance
POB 1844
Alpharetta, GA 30023


Americas Servicing Co
Attn: Correspondence
POB 10328
DeMoines, IA 50306


Athena at Olympia Pointe
C/O Family Property Services
1130 Raid Head Blvd # 4
Naples, FL 34110


Bac / Fleet Bankcard
POB 26012
Nc4-105-0314
Greensboro, NC 27420


Bank Atlantic Il
2100 W Cypress Creek Rd
Fort Lauderdale, FL 33309


Bank Of America
Nc-105-03-14
4161 Peidmont Pwy
Greensboro, NC 27420


Bank of America
Nc4-105-03-14
4161 Peidmont Pwy
Greensboro, NC 27420


Bank of America
POB 26012
Nc4-105-03-14
Greensboro, NC 27420

```
BB & T
POB 1847
Wilson, NC 27894


BB & T
POB 996
Wilson, NC 27894


Boynton Waters Homeowners
C/O Phil Kline
PB 740065
Boynton Beach, FL 33474


Broward County Revenue Collection
PB 29009
Fort Lauderdale, FL 33301


Broward County Tax Collector
115 S Andrews Ave., #A100
Fort Lauderdale, FL 33301


Capital 1 Bank
Attn: C/O TSYS Debt Management
POB 5155
Norcross, GA 30091


Chase
Attn: Credit Bureau Updates
POB 15919
Wilmington, DE 19850


Chase
POB 15919
Wilmington, DE 19850


Chase
POB 15619
Wilmington, DE 19850


Chase
POB 15153
Wilmington, DE 19886
```

Chase Manhattan
Chase Home Finance / Bankruptcy Research
3415 Vision Dr
Columbus, OH 43219


Chase Manhattan Mtg
8333 Ridgepoint Dr
Irving, TX 75063


Chase Na
Chase Card Member Services
POB 15298
Wilmington, DE 19850


Chrysler Financial
POB 8065
Royal Oak, MI 48068


Citation Way Condo
9845 Westview Dr
Pompano Beach, FL 33076


Citibank / Sears
POB 20363
Kansas City, MO 64195


Citifinancial Retail S
POB 140489
Irving, TX 75014


Continental Group
ATTN: Steve Hewitt
3000 N 28th Terr
Hollywood, FL 33020


Countrywide Home Lending
Attn: Litigation Intake, MS;AC-11B
5220 Las Virgenes Rd
Calabasas, CA 91302


DCI Association Services
2035 Harding St #200
Hollywood, FL 33020

Deutsche Bank Trust Co.
c/o David J. Stern, PA
801 S. University Dr. #500
Plantation, FL 33324


Discover Financial
POB 3025
New Albany, OH 43054


Donna Stott
1461 NW 114th Ave.
Plantation, FL 33323


Elan Financial Service
777 E Wisconsin Ave
Milwaukee, WI 53202


Emc Mortgage
POB 293450
Lewisville, TX 75029


First National Bank Credit Card Center
Attn: Susan Henshaw
1620 Dodge St
Omaha, NE 68197


First National Bank of Arizona
17600 N. Perimeter Dr.
Scottsdale, AZ 85255


Flagler County Property Appraiser
PB 936
Bunnell, FL 32110


Flagstar Bank
5151 Corporate Dr
Ms-S144-3
Troy, MI 48098


Florida Default Law Group
9119 Corporate Lake Dr. 3rd Floor
Tampa, FL 33634

GEMB / HH Gregg
POB 103106
Roswell, GA 30076

GMAC Mortgage
Attn: Bankruptcy Dept
500 Enterprise Rd #150
Horsham, PA 19044

GMAC Mortgage LLC
c/o David J. Stern, PA
801 S. University Dr. #500
Plantation, FL 33324

Granite State Mgmt Res
POB 2287
Concord, NH 03302

Green Point Savings
4160 Main St
Flushing, NY 11355

Greenpoint Mortgage Funding, Inc.
c/o Kass, shuler, Solomon, Spector
POB 800
1505 N. Florida Ave.
Tampa, FL 33601

Gte Fcu
POB 10550
Tampa, FL 33679

Gte Federal Credit Uni
711 E Henderson Ave
Tampa, FL 33602

Gulf Oil
8035 Quivira Rd #100
Lenexa, KS 66215

Home Comings Financial
Attn: Bankruptcy
500 Enterprise Rd #150
Horsham, PA 19044

Homecome Fin
2711 N Haskell #1000
Dallas, TX 75204


HSBC Nv/GM Card
Hsbc Card Srvs    Attn: Bankruptcy
POB 5213
Carol Stream, IL 60197


Huntington Natl Bk
2361 Morse Rd
Columbus, OH 43229


Jc Penney
Ge Money/Attn: Bankruptcy Dept
4125 Windward Plaza, #300
Alpharetta, GA 30005


JPMorgan Chase Bank
C/O Law Offices of David J. Stern P.A.
900 S. Pine Island Rd # 400
Plantation, FL 33324


Kass, Shuler, Solomon, Spector, P.A.
POB 800
Tampa, FL 33601


LaSalle Bank National Association
c/o Shapiro & Fishman, LLP
2424 N. Federal Highway #360
Boca Raton, FL 33431


Lofts of Wilton Manors
ATTN: Craig Mestel
8008 NE 28 ST
Wilton Manors, FL 33334


Lofts of Wilton Manors
ATTN: Craig Mestel
808 NE 28 ST
Wilton Manors, FL 33334


Manor Grove Village Three
C/O Banco Popular (BDCI)
PB 169003
Miami, FL 33116

Marshall C. Watson P.A.
1800 NW 49 St # 120
Fort Lauderdale, FL 33309


Mazda Amer Cr
9009 Caruthers Pkwy
Franklin, TN 37067


Mazda Amer Cr
1 S Limestone St #100
Springfield, OH 45502


Mcydsnb
9111 Duke Blvd
Mason, OH 45040


Mortgage Matters Inc
1515 University Dr #216
Coral Springs, FL 33071


National City Mortgage
Attn: Bankruptcy Dept
3232 Newmark Dr.
Miamisburg, OH 45342


Navy Federal Cr Union
820 Follin Ln Se
Vienna, VA 22180


Navy Federal Credit Union
POB 3000
Merryfield, VA 22119


Office of County Treasurer
Laura B. Fitzpatrick, Treasurer
500 S Grand Central Pkwy, 1st Floor
POB 551220
Las Vegas, NV 89155


Orange County Tax Collector
POB 2551
Orlando, FL 32802

Palm Beach County Tax Collector
PB 3353
West Palm Beach, FL 33402


Paragon Plantation
751 N Pine Island Rd
Plantation, FL 33324


Paragon Plantation
761 N Pine Island Rd
Plantation, FL 33324


Peoples Choice Home Lo
7515 Irvine Center Dr
Irvine, CA 92618


Poinciano Condo
C/O Integrity Property Management
PB 8726
Pompano Beach, FL 33075


Resort Villas II Condo
ATTN: Property Management Co
2177 SE Ocean Blvd
Stuart, FL 34996


Security Networks
3223 Commerce Place
West Palm Beach, FL 33407


Siegfried, Rivera, Lerner et al.
8211 W. Broward Blvd. #250
Fort Lauderdale, FL 33324


Southern Pines of Orange County
C/O Continental Group
1350 Orange Ave #100
Winter Park, FL 32789


Southgate Condo Association
C/O RMI Management
ATTN: Mickee Foster
630 Trade Center Dr #100
Las Vegas, NV 89119

Specialized Loan Servi
8742 Lucent Blvd #300
Highlands Ranch, CO 80129


Stewart Living Trust
c/o Jon Brockwell
POB 9583
Fort Lauderdale, FL 33310


Stewart Living Trust
797 Saint George Rd
Danville, CA 94526


Suntrust Mortgage/cc 5
1001 Semms Ave
Richmond, VA 23224


The Continental Group
ATTN: William Coleman
Pompano Beach, FL 33076


Tidelands Clubhouse
2 Riverview Bend North
Palm Coast, FL 32137


Tidelands Condominium
C/O May Management Services
5455 A1A South
Saint Augustine, FL 32080


Unvl/citi
Citi Corp Credit Bankruptcy
POB 20507
Kansas City, MO 64195


Valentine Livorin
628 Hollows Cir
Deerfield Beach, FL 33442


Villas at Lakeview
5200 NW 31 Ave.
Fort Lauderdale, FL 33309

Vnb- Mortgage Services
1720 Rt 23 North
Wayne, NJ 07470


Wachovia
Commercial Loan Services
POB 740502
Atlanta, GA 30374


Wachovia / Southtrust Bank
POB 3117
Winston Salem, NC 27102


Wachovia Bankruptcy
POB 13765
Roanoke, VA 24037


Washington Mutual Home
Attn: Bankruptcy
POB 100576 Mailstop Fsc0170
Florence, SC 29501


Washington Mutual Mortgage
Attn: Collections Corp
POB 44118
Jacksonville, FL 32231


Waverly at Las Olas COA
C/O Michael Rosenblatt
110 N Fed Hwy
Fort Lauderdale, FL 33301